AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the
District of Colorado

| | |
|---|---|
| **In the Matter of the Search of** | ) |
| | ) |
| The residence located at 10522 Wagon Box Circle, Highlands Ranch, CO 80130 more fully described in ATTACHMENT A attached hereto, to include all out-buildings and vehicles located thereon and to include SARAH ALBERG at the time of the search warrant execution | ) Case No. 20-sw-557-MEH |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___State and___ District of ___Colorado___ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____May 18, 2020_____ *(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Michael E. Hegarty_____.

*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.      ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **05/04/2020, 11:47 am**          _Michael E. Hegarty_
                                                                                          *Judge's signature*

City and state: ___Denver, CO___          ___Hon. Michael E. Hegarty, U.S. Magistrate Judge___
                                                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>20-sw-00557-meh | Date and time warrant executed:<br>5/6/2020 1:00 pm | Copy of warrant and inventory left with:<br>SARAH MARKS |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED INVENTORY OF EVIDENCE:

IE# 20-0235- 59930

IE# 20-0235- 55656

IE# 20- 0235- 18244

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*3:03 pm, Jan 28, 2021*
**JEFFREY P. COLWELL, CLERK**

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/8/2020

*S/ A Clug* 
*Executing officer's signature*

*S/ or CHRISTOPHER GANN*
*Printed name and title*



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

**SERIAL NO:**  20 - 0235 - 59930

# INVENTORY OF EVIDENCE

| | | | | |
|---|---|---|---|---|
| **CASE NUMBER:** | 20 - DEC - 715 - 0235 | **CASE TITLE:** | Trim Contour | |
| **INVENTORY DATE:** 05/06/2020 | | **INVENTORIED BY:** | SA Gann | |
| **DATE RECEIVED:** 05/06/2020 | | **SOURCE:** | Items obtained from SW executed at the residence on 5/6/2020. | |

| ITEM # | QTY | DESCRIPTION OF EVIDENCE | | |
|---|---|---|---|---|
| 1 | 1 | HP Intel Core IS 7th Generation. Model 24-R014, Seiral# 8CC8050BSB | | |
| | **BOX:** | **ROOM:**  1  **FIXTURE:** Loft Desk | **LOCATING AGENT:** SA Burke | |
| 2 | 1 | IPhone XR, Model MT452LL/A, Serial F17XR3Y8KXLJ | | |
| | **BOX:** | **ROOM:**  **FIXTURE:** On Sarah Alberg | **LOCATING AGENT:** SA Gann | |
| 3 | 8 | 8 media storage devices | | |
| | **BOX:** | **ROOM:**  1  **FIXTURE:** Loft Right Desk Drawer | **LOCATING AGENT:** SA Lee | |

Last Line Item. Items 2-3 sealed in plastic evidence bag, dated "5/6/20", initial "EG"

## CHAIN OF CUSTODY

| ITEM #(s) | DATE | ACTION | TRACKING | SIGNATURE |
|---|---|---|---|---|
| 1-3 | 5/6/20 | SUBMIT TO KCK SCERS AGENT | 12 284591V019518 2530 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_ Evidence
_ Custodian
_ Case File
_ Agent Copy

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

**SERIAL NO:** 20 - 0235 - 55656

# INVENTORY OF EVIDENCE

| | | | |
|---|---|---|---|
| **CASE NUMBER:** | 20 - DEC - 715 - 0235 | **CASE TITLE:** | TrimContour |
| **INVENTORY DATE:** | 05/08/2020 | **INVENTORIED BY:** | SA Gann |
| **DATE RECEIVED:** | 05/06/2020 | **SOURCE:** | Search Warrant executed at 10522 Wagon Box Circle on 05/06/2020 |

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | Clear vial with green top containing a white powder substance |
| 2 | 1 | Clear bottle with orange top containing orange and white beaded capsules |
| 3 | 1 | Small Careprost box labeled to contain Bimatoprost Ophthalmic Solution .03%, Manufactured by Unimed Technologies LTD. in India, Batch #HKS0345 |
| 4 | 4 | One box labeled BOXTLAK-BL Cream 20 grams, Manufactured by Akums Drugs and Pharmaceuticals LTD in India, Batch # COBT02 |

Last Line Item. Items sealed in plastic bag, initialed "EG" dated 05/08/20

## CHAIN OF CUSTODY

| ITEM #(s) | DATE | ACTION | TRACKING | SIGNATURE |
|---|---|---|---|---|
| 1-4 | 5/8/20 | SUBMITS TO FCC FOR ANALYSIS | 1220459VOI 93326718 | C.H |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

\_\_ Evidence
\_\_ Custodian
\_\_ Case File
\_\_ Agent Copy

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

**SERIAL NO:**   20 - 0235 - 18244

# INVENTORY OF EVIDENCE

| | | |
|---|---|---|
| **CASE NUMBER:**   20 - DEC - 715 - 0235 | **CASE TITLE:** | Trim Contour |
| **INVENTORY DATE:** 05/08/2020 | **INVENTORIED BY:** | SA Gann |
| **DATE RECEIVED:**   05/06/2020 | **SOURCE:** | SW executed at the residence (10522 Wagon Box Cir, Highlands Ranch, CO) of Sarah Alberg on 5/6/2020 |

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 27 | 27 clear bottles (unlabeled) containing orange beadlets capsules. |
| | **BOX:** | **ROOM:**  9    **FIXTURE:** Basement              **LOCATING AGENT:** SA Sapien |
| 2 | 1 | Receipt from Medisca for purchase of VersaPro Gel Base |
| | **BOX:** | **ROOM:**  9    **FIXTURE:** Basement              **LOCATING AGENT:** SA Sapien |
| 3 | 1 | Quantos HPD handheld powder dispenser |
| | **BOX:** | **ROOM:**  13    **FIXTURE:** Garage              **LOCATING AGENT:** SA Burke |
| 4 | 15 | 15 boxes labeled Careprost Bimatoprost Ophthalmic Solution, manufactured by Sun Pharma in Mumbai, India |
| | **BOX:** | **ROOM:**  13    **FIXTURE:** Garage              **LOCATING AGENT:** SA Burke |
| 5 | 1 | 1 Topi Click package containg 25 empty metered bottles with label containing Lot#10747, serial# 02, FDA registration 10022636. |
| | **BOX:** | **ROOM:**  13    **FIXTURE:** Garage              **LOCATING AGENT:** SA Burke |
| 6 | 1 | 1 Topi Click label containing  Lot 10742, Serial# 03, FDA registration 10022636. |
| | **BOX:** | **ROOM:**  13    **FIXTURE:** Garage              **LOCATING AGENT:** SA Burke |
| 7 | 5 | 5 boxes of labeled Boxtlak-Bl Cream "For close to Botulinum Toxin-A like results, manufactured by Akums Drugs and Pharmaceuticals in India, Batch COBT02 |
| | **BOX:** | **ROOM:**  13    **FIXTURE:** Garage              **LOCATING AGENT:** SA Burke |
| 8 | 1 | 1 black crimper |
| | **BOX:** | **ROOM:**  13    **FIXTURE:** Garage              **LOCATING AGENT:** SA Burke |

__ Evidence
__ Custodian
__ Case File
__ Agent Copy



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF EVIDENCE

**CASE NUMBER:**  20 - DEC - 715 - 0235          **SERIAL NO:**  20 - 0235 - 18244

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 9 | 50 | 50 small containers with green lids attached |
| | BOX: | ROOM: 13    FIXTURE: Garage          LOCATING AGENT: SA Burke |
| 10 | 1 | 1 roll of BeleanMD sublingual drops labels |
| | BOX: | ROOM: 9    FIXTURE: Basement          LOCATING AGENT: SA Sapien |
| 11 | 1 | 1 Puritan's Pride receipt (caffiene pills), 1 DEA registration card in name of Deirdre S Stephens (#MT0501658), marketing and ingredients list, labels for medical clinics, handwritten notes, and Trileana Hair Skin and Nail Labels |
| | BOX: | ROOM: 1    FIXTURE: Middle Desk Drawer    LOCATING AGENT: SA Lee |
| 12 | 2 | 1 Total Pharmacy Supple Catalog and 1 Pocket Guide to HCG Protocol |
| | BOX: | ROOM: 1    FIXTURE: Bookcase          LOCATING AGENT: SA Burke |
| 13 | 24 | 17 Trim Contour bottles (unkown liquid) sublingual drops, 1 unlabeled bottle (unknown liquid), 5 Trileana bottles (unkown liquid) sublingual, 1 Trim Contour Appetite Suppressant bottle |
| | BOX: | ROOM: 15    FIXTURE: Kitchen          LOCATING AGENT: SA Cassidy |
| 14 | 6 | 6 misc rolls of Trileana, Beleanmd, and Trim Contour |
| | BOX: | ROOM: 15    FIXTURE: Kitchen          LOCATING AGENT: SA Cassidy |
| 15 | 1 | 1 plastic Bulk Supplements bag labeled Mannitol 500g, lot# 1800603 |
| | BOX: | ROOM: 15    FIXTURE: Kitchen          LOCATING AGENT: SA Cassidy |
| 16 | 43 | 43 clear vials containing unknown white powder substance |
| | BOX: | ROOM: 15    FIXTURE: Kitchen Freezer    LOCATING AGENT: SA Cassidy |
| 17 | 94 | 94 Sodium Chloride Ampoules .9% manufactured by Gufic in India |
| | BOX: | ROOM: 15    FIXTURE: Kitchen          LOCATING AGENT: SA Sapien |
| 18 | 1 | 1 USPS (9405511298370378812740) package addressed to Alberg containg Trileana bottle of liquid, 1 Trileana vial with white powder and labeled HCG, and one dropper |
| | BOX: | ROOM: 15    FIXTURE: Kitchen          LOCATING AGENT: SA Sapien |



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF EVIDENCE

**CASE NUMBER:**  20 - DEC - 715 - 0235        **SERIAL NO:**  20 - 0235 - 18244

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|--------|-----|-------------------------|
| 19 | 1 | 1 VersaPro Cream bottle, 500 grams, manufactured by Medisca, Lot# 162326/D |
| **BOX:** | | **ROOM:**   15   **FIXTURE:** Kitchen          **LOCATING AGENT:** SA Cassidy |
| 20 | 1 | 1 white tub of Plo20 compounding agent, manufactured by Humco, NDC# 0395-6008-79 |
| **BOX:** | | **ROOM:**   15   **FIXTURE:** Kitchen          **LOCATING AGENT:** SA Cassidy |
| 21 | 1 | 1 white PLO20 Non-Flowable Versatile Topical Light Cream For RX Compounding Only, Manufactured by Humco, purchased from Total Pharmacy Supply. |
| **BOX:** | | **ROOM:**   15   **FIXTURE:** Kitchen          **LOCATING AGENT:** SA Sapien |
| 22 | 1 | Misc documents containing tax records, bank records, business documents. |
| **BOX:** | | **ROOM:**   1   **FIXTURE:** File cabniet-Loft          **LOCATING AGENT:** SA Lee |
| 23 | 4 | 4 prescription bottles: (1) Bottle labeled Phentermine HCL containing 6 capsules, (2) Bottle labeled Triamterene containing (5) 75 mg pills, (3) Bottle labeled Phentermine containing 73 assorted phentermine pills, (4) Bottle labeled Fluconazole containing 27 fluconazole pills and 3 Phentermine capsules. |
| **BOX:** | | **ROOM:**   15   **FIXTURE:** Kitchen          **LOCATING AGENT:** SA Cassidy |
| 24 | 3 | 1 bottle of T&M White/Blue Speck (500 count) 150 mg caffeine pills, 1 prescription bottle labeled Furosemide 20 mg (14 pills), 1 prescription bottle of Sulfamethoxazole/Trimethoprim 800mg/160mg (pills not counted). |
| **BOX:** | | **ROOM:**   15   **FIXTURE:** Kitchen          **LOCATING AGENT:** SA Sapien |

Last Line Item. Items sealed in plastic evidence bags and boxes, initialed "TL" and dated "5/8/20"

## CHAIN OF CUSTODY

| ITEM #(s) | DATE | ACTION | TRACKING | SIGNATURE |
|-----------|------|--------|----------|-----------|
| 1-24 | 5/8/20 | TURNED OVER TO SA TEMPLE LEE | | *[signature]* |
| 1-24 | 5/8/20 | RECIEVED FROM SA GANN | | *[signature]* |
| | | | | |
| | | | | |
| | | | | |

OCI Form 4200